IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 4:14-cr-202-DPM

KEVIN LYNN HAMILTON JR.                                     DEFENDANT

FINAL ORDER OF FORFEITURE

Motion, № 36, granted.  About five months ago, this Court entered a

Preliminary Order of Forfeiture ordering Hamilton to forfeit one Taurus .40

caliber pistol, model PT740, serial number SER22846, and sixteen rounds of

.40 caliber ammunition.  № 33.  The Order provided that it would become

final as to Hamilton no later than sentencing and would become a final order

of forfeiture if no third party filed a timely claim to the property.  The Court

sentenced Hamilton on 15 March 2016.  No one has filed a claim to the

property. № 36 at 1.  The Preliminary Order has therefore ripened into a Final

Order of Forfeiture as to all persons.  The Court confirms the United States'

sole and clear title to the pistol and ammunition and authorizes the U.S.

Marshal (or his designee) to dispose of the property according to law.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 March 2016